955 A.2d 350

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David KEYS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Motion to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner is directed to file a Petition for Allowance of Appeal with this Court within thirty days of the entry of this order.

955 A.2d 351

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leon FRAZIER, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Motion to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**